IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SERGIA DELGADO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. <u>03-2985-D/P</u> |
| ) | |
| EDWARD D. JONES & CO., L.P., ) | |
| d/b/a EDWARD JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING IN PART PLAINTIFF'S MOTION
## TO EXTEND TIME AND TO HOLD ALL SCHEDULING IN ABEYANCE

Before the court is Plaintiff's Motion to Extend Time and to Hold All Scheduling in Abeyance, filed May 13, 2005 (dkt #29). On June 23, 2005, the court held a hearing. Present were Fred Ricks (via phone) and Clinton Simpson, counsel for defendant. For good cause shown, plaintiff shall have ninety (90) days up to and including August 13, 2005, to retain new counsel. All deadlines are held in abeyance.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

June 24, 2005
Date

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:03-CV-02985 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Diana R. Francis
HARRIS DOWELL FISHER & HARRIS, L.C.
15400 S. Outer Forty
Ste. 202
Chesterfield, MO 63017--206

Sergia Delgado
8764 Overcup Oaks Dr.
Memphis, TN 38018

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Fred A. Ricks
HARRIS DOWELL FISHER & HARRIS, L.C.
15400 S. Outer Forty
Ste. 202
Chesterfield, MO 63017--206

Honorable Bernice Donald
US DISTRICT COURT