IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SERGIA DELGADO,

    Plaintiff,

VS.                                                                                       NO. 03-2985-DP

EDWARD D. JONES & CO., L.P.,
d/b/a EDWARD JONES

    Defendants.

## MOTION TO WITHDRAW

COMES NOW, Stephen R. Leffler, attorney of record for Sergia Delgado, plaintiff in this matter, and moves this court for leave to withdraw as counsel of record for the plaintiff. As grounds for this motion, counsel would state and show as follows.

Counsel and plaintiff have developed communication difficulties which affect the attorney client relationship to a degree that it is not in the best interest of plaintiff that counsel continue representation.

Wherefore, counsel for plaintiff requests that the Court enter an order allowing the withdrawal of counsel for the plaintiff.

**MOTION GRANTED**
DATE: 10-17-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-18-05

Respectfully submitted,<br>
LAW OFFICE OF STEPHEN R. LEFFLER, P.C.

_____<br>
Stephen R. Leffler<br>
Attorney for Defendant<br>
707 Adams Ave.<br>
Memphis, Tennessee 38105<br>
(901) 527-8830

## Certificate of Service

I hereby certify that I have served a copy of the foregoing Notice upon Defendant's attorney, Mr. Clinton S. Simpson, 165 Madison Ave., 20th Floor, Memphis, TN 38103, Mr. Fred A. Ricks and Ms. Diana R. Francis, 15400 South Outer Forty, Suite 202, St. Louis, MO 63017, this _____ day of _____, 2005.

_____<br>
Stephen R. Leffler

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:03-CV-02985 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Diana R. Francis
HARRIS DOWELL FISHER & HARRIS, L.C.
15400 S. Outer Forty
Ste. 202
Chesterfield, MO 63017--206

Fred A. Ricks
HARRIS DOWELL FISHER & HARRIS, L.C.
15400 S. Outer Forty
Ste. 202
Chesterfield, MO 63017--206

Sergia Delgado
8764 Overcup Oaks Dr.
Memphis, TN 38018

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT