IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SERGIA DELGADO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 03-2985 DP |
| | ) |
| EDWARD D. JONES & CO., L.P., | ) |
| d/b/a EDWARD JONES, | ) |
| | ) |
| Defendant. | ) |

FILED BY ___ D.C.
05 NOV -9 PM 4:43
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

## CONSENT ORDER SUBSTITUTING COUNSEL ON BEHALF OF PLAINTIFF SERGIA DELGADO

Now on this day, this matter comes on to be heard pursuant to the Motion to Substitute Counsel for the Plaintiff, and the Court finds that parties consent to the substitution. Accordingly, Ronald C. Wilson, is substituted in place of Stephen R. Leffler, and Stephen R. Leffler is hereby relieved of any further duties, obligations or responsibilities related to this lawsuit.

JUDGE
ENTERED: November 9, 2005

**APPROVED:**

Stephen R. Leffler
Attorney for Plaintiff
707 Adams Avenue
Memphis, TN 38105

Clint Simpson
Attorney for Defendant
165 Madison Avenue Ste 2000
Memphis TN 38103

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11/10/05

_____
Ronald C. Wilson
Attorney at Law
310 West Service Road
Suite 110
West Memphis AR 72301


_____
Fred A. Ricks
Attorney for Defendant
15400 S. Outer Forty
Suite 202
Chesterfield, MO 63017-0206

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CV-02985 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Ronald C. Wilson
WILSON & ASSOCIATES PA
P.O. Box 1299
West Memphis, AR 72303

Diana R. Francis
HARRIS DOWELL FISHER & HARRIS, L.C.
15400 S. Outer Forty
Ste. 202
Chesterfield, MO 63017--206

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Sergia Delgado
8764 Overcup Oaks Dr.
Memphis, TN 38018

Fred A. Ricks
HARRIS DOWELL FISHER & HARRIS, L.C.
15400 S. Outer Forty
Ste. 202
Chesterfield, MO 63017--206

Honorable Bernice Donald
US DISTRICT COURT